

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellant has filed yet another pro se motion that seems directed to the trial court rather than this court. This time, she appears to be asking the trial court to reverse the decree of divorce because of alleged fraud and malpractice by the attorneys in the case. We **DENY** the motion whether it is directed to the trial court or this court. We advise appellant that her case is now on appeal. Accordingly, all motions, filings, etc. should be directed to this court. Additionally, any arguments she has as to why the judgment should be reversed should be included in her appellant's brief when it is filed with this court. As of the issuance of this order, we are still awaiting action on the affidavit of indigency. After that time, we will set a due date for the reporter's record; the clerk's record was filed February 3, 2015. Appellant's brief will be due thirty days after the date the complete appellate record is filed.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court